# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2022 ND 181

State of North Dakota,                                     Plaintiff and Appellee

v.

Cordell Antwane Wilson,                                Defendant and Appellant

## No. 20220123

Appeal from the District Court of Mountrail County, North Central Judicial District, the Honorable Douglas L. Mattson, Judge.

AFFIRMED.

Per Curiam.

Wade G. Enget, State's Attorney, Stanley, ND, for plaintiff and appellee; submitted on brief.

Laura C. Ringsak, Bismarck, ND, for defendant and appellant; submitted on brief.

**Per Curiam.**

[¶1]   Cordell Wilson appeals from a criminal judgment entered following a jury verdict finding him guilty of one count of possession with the intent to manufacture or deliver a controlled substance under N.D.C.C. § 19-03.1-23(1)(a). On appeal, Wilson argues the evidence was insufficient to support the conviction, and the jury was tainted. After reviewing the record, we conclude substantial evidence exists for a jury to draw a reasonable inference that Wilson willfully possessed a controlled substance with the intent to manufacture or deliver. We summarily affirm under N.D.R.App.P. 35.1(a)(3).

[¶2]   Wilson also argues the jury was tainted. Wilson did not point out any evidence in the record or provide us with any legal authority on this issue. A party waives an issue by not providing adequate supporting argument. *Lovro v. City of Finley*, 2022 ND 145, ¶ 16, 978 N.W.2d 67. We summarily affirm under N.D.R.App.P. 35.1(a)(7).

[¶3]   Jon J. Jensen, C.J.
         Daniel J. Crothers
         Lisa Fair McEvers
         Jerod E. Tufte
         Allen Schmalenberger, S.J.

[¶4]   The Honorable Allen Schmalenberger, S.J., sitting in place of VandeWalle, J., disqualified.